# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2754
_____

ZERRICK DESMOND HILLARD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

April 11, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.


_____


*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Zerrick Desmond Hillard, pro se, Appellant.

Andy Thomas, Public Defender, David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.